## Commonwealth *v.* Stroman, Appellant.

Submitted November 15, 1973. *John H. Corbett, Jr.,* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., took no part in the consideration or decision of this case.

SPAULDING, J., absent.

## Commonwealth *v.* Vactor, Appellant.

Submitted November 14, 1973. *Thomas E. Lindquist,* for appellant; *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.